*Bickle & Burchenal*, for the appellant.

*J. B. Julian* and *Holland & Kibby*, for the appellee.

---

## BUSKIRK *v.* KAHN *et al.*

APPEAL from the *Monroe* Circuit Court.

*Per Curiam.*—Action by the appellees against the appellant upon two promissory notes. Judgment for the plaintiff.

There is no error in the judgment below.

The judgment is affirmed, with costs and 6 per cent. damages.

*J. E. McDonald* and *A. L. Roache*, for the appellant.

*Newcomb & Tarkington*, for the appellees.